**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8                               SAN JOSE DIVISION

9

10   DAVID RAYMOND ANDREWS,                    No. C 09-5858 LHK (PR)

11         Plaintiff,                          **JUDGMENT**

12         v.

13   J. EVERT, et al.,

14         Defendants.

15   _____/

16

17        Defendants' motions to dismiss and for summary judgment having been granted, the

18   Court hereby enters judgment in favor of all Defendants as to all claims.  Plaintiff shall take

19   nothing by way of his complaint.

20        **IT IS SO ORDERED**.

21   DATED:  September 23, 2011

22                                             _____
                                               LUCY H. KOH
                                               United States District Judge

23

24

25

26

27

28
                                                              No. C 09-5858 LHK (PR)
                                                              JUDGMENT