UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RAYMOND ANDREWS,<br><br>    Plaintiff,<br><br>  v.<br><br>J. EVERT, et al.,<br><br>    Defendants.<br>_____ / | No. C 09-5858 LHK (PR)<br><br>**JUDGMENT** |

    Defendants' motions to dismiss and for summary judgment having been granted, the Court hereby enters judgment in favor of all Defendants as to all claims. Plaintiff shall take nothing by way of his complaint.

    **IT IS SO ORDERED**.

DATED: September 23, 2011

_____
LUCY H. KOH
United States District Judge

No. C 09-5858 LHK (PR)
JUDGMENT